

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Thomas Alan Auld, Appellant

No. 06-21-00079-CR     v.

The State of Texas, Appellee

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 18889). Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgments of the court below. Therefore, we modify the trial court's judgments as to all counts to reflect that the appellant was convicted of second-degree felonies in each count. As modified, the judgments of the trial court are affirmed.

We note that the appellant, Thomas Alan Auld, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 21, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk